UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JEFFREY LLOYD et al.,

       Plaintiffs,

  -v-                                             No. 11 Civ. 9305 (LTS)

J.P. MORGAN CHASE & CO. et al.,

       Defendants.

-------------------------------------------------------x

ORDER

The initial pretrial conference scheduled for June 29, 2012, is hereby adjourned to **Thursday, September 13, 2012, at 12:00 noon.**

       SO ORDERED.

Dated: New York, New York
       June 25, 2012

                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 25 2012