# OUTTEN & GOLDEN LLP

*Advocates for Workplace Fairness*

Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Kathleen Peratis
Justin M. Swartz
Jack A. Raisner
Wendi S. Lazar
Carmelyn P. Malalis
Tammy Marzigliano
René S. Roupinian

Allegra L. Fishel
Lewis M. Steel
Paul W. Mollica
Nantiya Ruan
Deidre A. Aaron
Sally Abrahamson
Reena Arora
Delyanne D. Barros
Rachel M. Bien
Katherine Blostein
Molly Brooks
Cyrus Dugger
Cara E. Greene
Jennifer Liu
Ossai Miazad
Carmel Musilin
Melissa Pierre-Louis
Sandra Pullman
Michael Scimone
Dana Sussman
Amber Transki
Juno Turner
Elizabeth Wagoner

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 14 2012

September 12, 2012

**Via Facsimile: (212) 805-0426**
The Honorable Laura Taylor Swain
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *Lloyd v. J.P. Morgan Chase & Co.*, No. 11 Civ. 09305 (LTS)
*Ciullo v. JP Morgan Chase & Co.*, No. 12 Civ. 02197 (LTS)

Dear Judge Swain,

We represent the Plaintiffs in the *Lloyd* case referenced above. We write jointly with Plaintiffs' counsel in *Ciullo* to request a one-week adjournment of the case management conference scheduled for tomorrow, September 13, 2012, to provide the parties with additional time to meet and confer regarding a proposed case management schedule.

Defendants consent to the adjournment. We thank the Court for its consideration of our request.

Respectfully submitted,

Rachel Bien

*The conferences are adjourned to September 24, 2012 at 2:30 pm.*

SO ORDERED.
NEW YORK, NY
Sept 13, 2012
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc: Samuel S. Shaulson, Esq. (via facsimile and email)
Thomas A. Linthorst, Esq. (via facsimile and email)
John Halebian, Esq. (via facsimile and email)
Adam T. Klein, Esq.



3 Park Avenue, 29th Floor, New York, NY 10016  Tel 212-245-1000  Fax 212-977-4005
6 Landmark Square, Suite 400, Stamford, CT 06901  Tel 203-363-7888  Fax 203-363-0333
203 North LaSalle Street, Suite 2100, Chicago, IL 60601  Tel 312-924-4888  Fax 646-509-2075
og@outtengolden.com   www.outtengolden.com