**OUTTEN & GOLDEN LLP**

*Advocates for Workplace Fairness*

February 24, 2014

**By CM/ECF and Facsimile**
The Honorable Henry Pitman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *Lloyd v. J.P. Morgan Chase & Co.*, No. 11 Civ. 09305 (LTS)
       *Ciullo v. JP Morgan Chase & Co.*, No. 12 Civ. 02197 (LTS)

Dear Judge Pitman,

  We represent the *Lloyd* Plaintiffs in the above-referenced matter. We write to provide the Court with recent supplemental authority in support of Plaintiffs' Oppositions to Defendants' Motion to Stay Claims by Plaintiffs Kaufmann, Hyman, Krichman, and Lammert and Sending of Notice, Pending Resolution of Appeal, ECF No. 136; and Motion to Stay the Litigation with Respect to Individuals Subject to the Binding Arbitration Agreement Pending Resolution of Defendants' Motion for Immediate Appeal and Any Subsequent Appeal, ECF No. 155.

  On February 19, 2014, the Second Circuit denied a motion to stay the issuance of class and collective notice pending an appeal of the district court's certification decision in *Glatt v. Fox Searchlight Pictures, Inc.*, Nos. 13-4478, 13-4481. As here, the defendants moved to stay the notice, arguing that the mailing should not go out until after the appeal was resolved. A copy of the Second Circuit's order is enclosed as Exhibit A.

  We thank the Court for its attention to this matter.

            Respectfully submitted,

            /s/ Rachel Bien

            Rachel Bien

enclosure
cc: The Honorable Laura Taylor Swain (by Fax)
   Thomas A. Linthorst, Esq. (via CM/ECF)
   Samuel S. Shaulson, Esq. (via CM/ECF)
   John Halebian, Esq. (via email)