# OUTTEN & GOLDEN LLP

*Advocates for Workplace Fairness*

July 15, 2014

**By CM/ECF and Fax**
The Honorable Henry Pitman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

> RE:   *Lloyd v. J.P. Morgan Chase & Co.*, No. 11 Civ. 09305 (LTS)(HP)
>        *Ciullo v. JP Morgan Chase & Co.*, No. 12 Civ. 02197 (LTS)(HP)

Dear Judge Pitman:

    We represent the *Lloyd* Plaintiffs in the above-referenced matter. We write pursuant to the Clerk's instructions to respectfully request that the Court permit Plaintiffs to remove certain Consent to Join Forms, ECF Doc. No. 224-1, from the docket and re-file them with the appropriate redactions. The Consent Forms were inadvertently filed without removing the opt-ins' telephone numbers and street addresses. For privacy purposes, Plaintiffs' practice is to redact this information so that it is not publicly available.

    We thank the Court for its consideration of our request.

Respectfully submitted,

Rachel Bien

cc:   All Counsel (by CM/ECF)

3 Park Avenue, 29th Floor, New York, NY 10016  Tel 212-245-1000  Fax 646-509-2060
203 North LaSalle Street, Suite 2100, Chicago, IL 60601  Tel 312-924-4888  Fax 646-509-2075
One Embarcadero Center, 38th Floor, San Francisco, CA 94111  Tel 415-638-8800  Fax 415-638-8810
og@outtengolden.com   www.outtengolden.com

