Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, NJ 08540-6241
Tel. +1.609.919.6600
Fax: +1.609.919.6701
www.morganlewis.com

**Morgan Lewis**
A Pennsylvania Limited Liability Partnership

RANDALL B. SUNBERG
Partner-in-Charge

**Thomas A. Linthorst**
609-919-6642
tlinthorst@morganlewis.com

June 5, 2015

**VIA ECF**
The Honorable Henry Pitman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **Lloyd, et al. v. JPMorgan Chase & Co., et al., Case No. 1:11-cv-09305 (LTS) (HBP)**
      **Ciullo, et al. v. JPMorgan Chase & Co., et al., Case No. 12-cv-02197 (LTS) (HBP)**

Dear Judge Pitman:

We represent Defendants in the above matters and write in response to Plaintiffs' letter on June 4, 2015. Defendants do not object to Plaintiffs' request to submit a letter of up to six pages to respond to Defendants' letter of June 2, 2015, but would respectfully request that Defendants be permitted to submit a reply letter of up to three pages.

Respectfully submitted,

/s/ Thomas A. Linthorst

Thomas A. Linthorst

cc:   All counsel of record via ECF