**OUTTEN & GOLDEN** LLP

**MEMO ENDORSED** Advocates for Workplace Fairness

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-15-2017

February 14, 2017

**By CM/ECF**
The Honorable Laura Taylor Swain
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Lloyd v. J.P. Morgan Chase & Co.*, No. 11 Civ. 09305 (LTS)
      *Ciullo v. JP Morgan Chase & Co.*, No. 12 Civ. 02197 (LTS)

Dear Judge Swain:

    We represent the *Lloyd* Plaintiffs in the above-referenced matter. We write jointly with counsel for Plaintiff Ciullo to respectfully request a two-week extension, from February 15 to March 1, 2017, to file Plaintiffs' motion for preliminary approval of the settlement.

    Since the last status report filed on December 16, 2016 (ECF No. 338), the parties have worked diligently to finalize the settlement agreement and all related documents. The parties have exchanged drafts of the settlement agreement and settlement notice, but require additional time to finalize documents and anticipate doing so shortly. This is Plaintiffs' first request for an extension of this deadline. Defendants consent to the request.

    We thank the Court for its consideration of our request.

*The requested extension is granted. DE #341 resolved.*

Respectfully submitted,

Justin M. Swartz

SO ORDERED:

2/15/17

HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record (by CM/ECF)

New York  685 Third Avenue 25th Floor  New York, NY 10017  Tel (212) 245-1000  Fax (646) 509-2060
Chicago  161 N Clark Street Suite 1600  Chicago, IL 60601  Tel (312) 809-7010  Fax (312) 809-7011
San Francisco  One Embarcadero Center 38th Floor  San Francisco, CA 94111  Tel (415) 638-8800  Fax (415) 638-8810
Washington, DC  601 Massachusetts Ave NW  Second Floor West Suite  Washington, DC 20001  Tel (202) 847-4400  Fax (202) 847-4410

www.outtengolden.com